IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAUNDRA MATTHEWS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3:10-CV-1652-O |
| | § | |
| WELLS FARGO BANK, N.A., ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Findings and Recommendation of the United States Magistrate Judge (ECF No. 18). After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), the Court **ACCEPTS** the Findings and Recommendation of the Magistrate Judge as the Findings of the Court.

**SO ORDERED** this **15th** day of **June, 2011**.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**