IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| SHAUNDRA MATTHEWS | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| VS. | § | NO. 3:10-CV-1652-O |
| WELLS FARGO BANK, N.A., ET AL. | § | |
| Defendants. | § | |

## **ORDER**

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

**SO ORDERED** this **6th** day of **July, 2011.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**